**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHARLES E. PIERCE,

        Plaintiff,

vs.                                            Case No. 3:06-cv-335-J-32MCR

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

        Defendant.

**ORDER**[1]

This case is before the Court on Plaintiff's appeal of an administrative decision denying his claim for disability, disability insurance benefits, and supplemental security income, under the Social Security Act (Doc. 1).  The parties filed briefs and the administrative record and, upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 19) recommending that the Commissioner's decision be affirmed.  Plaintiff did not file any objections to the Report and Recommendation and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 19), it is

---

[1]Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically.  However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

hereby

    **ORDERED**:

1.    The Report and Recommendation (Doc. 19) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2.    Pursuant to sentence four of 42 U.S.C. §§ 405(g) and 1383(c)(3), the decision of the Commissioner is hereby **AFFIRMED**.

3.    The Clerk is hereby directed to enter judgment accordingly and to **close** the file.

**DONE AND ORDERED** at Jacksonville, Florida this 30th day of March, 2007.

    *[signature]*
    TIMOTHY J. CORRIGAN
    United States District Judge

s.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

counsel of record